1 | Ronald F. Frank, (SBN 109076)
E-mail: rfrank@bwslaw.com
2 | Nicholas J. Muscolino, (SBN 273900)
E-mail: nmuscolino@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
4 | Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700
5 |
Thomas B. Brown (SBN 104254)
6 | E-mail: tbrown@bwslaw.com
ST. HELENA CITY ATTORNEY
7 | BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
8 | Oakland, CA 94612-3501
Tel: 510.273.8780    Fax: 510.839.9104
9 |
Attorneys for Defendant
10 | CITY OF ST. HELENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ESVIN CALDERON, et al, | Case No. 3:12-cv-05819-JSW |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM MARCH 1, 2013 UNTIL MARCH 29, 2013 |
| v. | |
| GRAZIA BARBARINO, et al, | Action Filed:  November 13, 2012 |
| Defendants. | Trial Date:    None yet assigned |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management Conference in the above captioned case, currently schedule for March 1, 2013, shall be continued until **March 29, 2013** at 1:30 PM in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall file a joint case management statement no later than five (5) court days prior to the conference.

All other requirements described in this Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, Dkt. 16, are expressly incorporated herein.

IT IS SO ORDERED.

Dated: __January 24__, 2013      By: _/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Court Judge