| | |
|---|---|
| BRANCART & BRANCART<br>  Christopher Brancart (SBN 128475)<br>  cbrancart@brancart.com<br>  Liza Cristol-Deman (SBN 190516)<br>  lcristoldeman@brancart.com<br>P.O. Box 686<br>Pescadero, CA 94060<br>Tel: (650) 879-0141<br>Fax: (650) 879-1103<br><br>Attorneys for All Plaintiffs Except LUNA<br><br>LAW OFFICE OF DAVID GRABILL<br>  David Grabill (SBN 46758)<br>  dgrabill@gmail.com<br>1930 Alderbrook Lane<br>Santa Rose, CA 95405<br>Tel: (707) 528 6839<br>Fax: (707) 780 1585<br><br>Attorney for Plaintiffs LUNA; Calderon, Alvarez, Valenciano, Gutierrez, Cirigo, and Garcia | CALIFORNIA RURAL LEGAL ASSISTANCE<br>  Jeffery Hoffman (SBN 118768)<br>  jhoffman@crla.org<br>725 Farmers Lane, #10<br>Santa Rosa, CA 95405<br>Tel: (707) 528-9941<br>Fax: (707) 528-0125<br><br>Attorneys for Plaintiff LUNA Only<br><br>CALIFORNIA RURAL LEGAL ASSISTANCE, INC.<br>  Ilene J. Jacobs (SBN 126812)<br>  ijacobs@crla.org<br>511 D Street<br>Post Office Box 2600<br>Marysville, CA 95901<br>Tel: (530) 742-0421<br>Fax: (530) 741-0854<br><br>Attorneys for Plaintiff LUNA Only |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESVIN CALDERON; IRMA CALDERON; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GRAZIA BARBARINO: CORRADO BARBARINO; MANUEL BARBARINO; and the CITY OF SAINT HELENA, a California Municipal Corporation,<br><br>    Defendants. | Case No. C 12-05819 JSW<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING DEADLINES FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION TO DISMISS AND THE CITY'S REPLY** AS MODIFIED<br><br>**Hearing:**<br>**Date:** ~~March 29, 2013~~ April 19, 2013<br>**Time:** 9:00 am<br>**Place:** 450 Golden Gate Ave.<br>**Courtroom 11** |

Pursuant to Local Rule 6-2, the plaintiffs and defendant City of St. Helena, by and through their attorneys of record, hereby stipulate to a brief extension of the deadlines for Plaintiffs' Opposition to Defendant City of St. Helena's Motion to Dismiss, and the City's Reply to that Opposition. The parties seek an extension of seven days for Plaintiffs' Opposition, and an extension of three days for the City's Reply. The new deadline for Plaintiffs' Opposition would be March 12, 2013. The new deadline for the

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION TO DISMISS AND THE CITY'S REPLY – CASE NO. C 12-05819 JSW**

1

1  City's reply to that Opposition would be March 22, 2013.  The hearing is scheduled for
2  March 29, 2013.  The motion at issue, and the extensions sought by way of this
3  stipulation, do not affect the other defendants in this case, Grazia, Corrado, and
4  Salvatore Barbarino.
5       There is good cause to extend the deadlines as requested.
6       *First*, this application is based on the stipulation of counsel.
7       *Second,* plaintiffs require additional time to brief their Opposition to the Motion,
8  which was filed at 4:59 pm on February 19, 2013.  Since then, Plaintiffs have worked
9  diligently to research and brief the issues raised in the Motion, but require additional
10 time to complete the Opposition.
11      *Third*, the City is willing to grant Plaintiffs the professional courtesy of a
12 week-long extension of the deadline to file their Opposition to the City's Motion to
13 Dismiss.  However, in order to accommodate a long-scheduled vacation that will limit
14 the City's availability to prepare the Reply between March 12 and March 19, should
15 Plaintiffs' extension be granted, Plaintiffs and the City agree that the City requires an
16 additional three days to complete its Reply.
17      *Fourth*, the requested extensions will not necessitate any changes to the Court's
18 calendar, and they will not delay any proceedings in this case.  If the Court grants this
19 request, the reply brief will be filed on or before March 22, 2013 – with a full week
20 remaining before the hearing on March 29, 2013.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Case 3:12-cv-05819-JSW Document 85 Filed 02/28/13 Page 2 of 4

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION TO DISMISS AND THE CITY'S REPLY – CASE NO. C 12-05819 JSW**

2

For the foregoing reasons, the plaintiffs and defendant City of St. Helena hereby request that the Court extend the deadline for Plaintiffs' Opposition to the City's Motion to Dismiss by seven days – to March 12, 2013 – and extend the deadline for Defendant's Reply to March 22, 2013.

IT IS SO STIPULATED.

*Counsel filing this stipulation attests that all signatories below have approved this document and consent to its filing.*

Respectfully submitted,

BRANCART & BRANCART

Dated: February 28, 2013

/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorneys for All Plaintiffs Except LUNA

LAW OFFICE OF DAVID GRABILL

Dated: February 28, 2013

/s/ David Grabill
David Grabill
Attorney for Plaintiffs LUNA; Calderon, Alvarez, Valenciano, Gutierrez, Cirigo, and Garcia

CALIFORNIA RURAL LEGAL ASSISTANCE

Dated: February 28, 2013

/s/ Ilene J. Jacobs
Ilene J. Jacobs
Jeffery Hoffman
Attorneys for LUNA Only

BURKE, WILLIAMS & SORENSEN LLP

Dated: February 28, 2013

/s/ Nicholas J. Muscolino
Nicholas J. Muscolino
Attorneys for Defendant City of St. Helena

///
///
///

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION TO DISMISS AND THE CITY'S REPLY – CASE NO. C 12-05819 JSW**

3

1 **~~PROPOSED~~ ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing date is CONTINUED to April 19, 2013 at 9:00 a.m.

3

4 Date: February 28, 2013.

5 _____
Hon. Jeffrey S. White
6 U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION TO DISMISS AND THE CITY'S REPLY – CASE NO. C 12-05819 JSW**

4