| | |
|---|---|
| BRANCART & BRANCART<br>  Christopher Brancart (SBN 128475)<br>  cbrancart@brancart.com<br>  Liza Cristol-Deman (SBN 190516)<br>  lcristoldeman@brancart.com<br>P.O. Box 686<br>Pescadero, CA 94060<br>Tel: (650) 879-0141<br>Fax: (650) 879-1103<br><br>Attorneys for All Plaintiffs Except LUNA<br><br>LAW OFFICE OF DAVID GRABILL<br>  David Grabill (SBN 46758)<br>  dgrabill@gmail.com<br>1930 Alderbrook Lane<br>Santa Rose, CA 95405<br>Tel: (707) 528 6839<br>Fax: (707) 780 1585<br><br>Attorney for Plaintiffs LUNA; Calderon, Alvarez, Valenciano, Gutierrez, Cirigo, and Garcia | CALIFORNIA RURAL LEGAL ASSISTANCE<br>  Jeffery Hoffman (SBN 118768)<br>  jhoffman@crla.org<br>725 Farmers Lane, #10<br>Santa Rosa, CA 95405<br>Tel: (707) 528-9941<br>Fax: (707) 528-0125<br><br>Attorneys for Plaintiff LUNA Only<br><br>CALIFORNIA RURAL LEGAL ASSISTANCE, INC.<br>  Ilene J. Jacobs (SBN 126812)<br>  ijacobs@crla.org<br>511 D Street<br>Post Office Box 2600<br>Marysville, CA 95901<br>Tel: (530) 742-0421<br>Fax: (530) 741-0854<br><br>Attorneys for Plaintiff LUNA Only |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESVIN CALDERON; IRMA CALDERON; JC, EC, and LC, minors, by and through their Guardian Ad Litem, ESVIN CALDERON; SALI ALVAREZ; ML, minor, by and through her Guardian Ad Litem, SALI ALVAREZ; LIDIA VALENCIANO; ANTONIO GUTIERREZ, MARIA DE JESUS CIRIGO; BERNARDO GARCIA; GREATER NAPA VALLEY FAIR HOUSING CENTER d/b/a FAIR HOUSING NAPA VALLEY; and, LATINOS UNIDOS DEL VALLE DE NAPA Y SOLANO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GRAZIA BARBARINO; CORRADO BARBARINO; MANUEL BARBARINO; and the CITY OF SAINT HELENA, a California Municipal Corporation,<br><br>    Defendants. | Case No. 3:12-cv-05819-JSW<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FROM MARCH 29, 2013 UNTIL APRIL 19, 2013<br><br>AS MODIFIED |

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT - CASE NO 12 CV-05819 JSW

1

PURSUANT TO STIPULATION, and for good cause appearing therefor, it is hereby ordered that the initial Case Management Conference in the above captioned case, currently scheduled for March 29, 2013, shall be continued until **April 19, 2013** at 9:00 AM in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. If the Court resolves the motion on the papers, the case management conference shall be heard at 1:30 p.m. on the Court's regular case management calendar.

IT IS SO ORDERED.

Dated: __March 28_____, 2013

By: _____
HON. JEFFREY S. WHITE
United States District Court Judge

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT - CASE NO 12 CV-05819 JSW

2