1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESVIN CALDERON, ET AL.,

        Plaintiffs,

  v.

GRAZIA BARBARINO, ET AL.,

        Defendants.

_____/

No. C 12-05819 JSW

**ORDER VACATING HEARING ON MOTIONS**

      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and the motion to strike which have been noticed for hearing on Friday, April 26, 2013 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

      **IT IS SO ORDERED.**

Dated:  April 24, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE