EDWARD J. RODZEWICH, ESQ. – State Bar No. 159466
**STRATMAN, PATTERSON & HUNTER**
505 14th Street, Suite 400
Oakland, CA 94612-1913
Phone: (510) 457-3440
Fax: (510) 238-8968
Email: edward.rodzewich@farmersinsurance.com

Attorney for Defendant,
SALVATORE BARBARINO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ESVIN CALDERON; IRMA CALDERON; JC, EC, and LC, minors, by and through their Guardian Ad Litem ESVIN CALDERON; SALI ALVAREZ; ML, minor, by and through her Guardian Ad Litem, SALI ALVAREZ; LIDIA VALENCIANO; ANTONIO GUTIERREZ; MARIA DE JESUS CIRIGO; BERNARDO GARCIA; GREATER NAPA VALLEY FAIR HOUSING CENTER d/b/a FAIR HOUSING NAPA VALLEY; and LATINOS UNIDOS DEL VALLE DE NAPA Y SOLANO,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAZIA BARBARINO; CORRADO BARBARINO; MANUEL BARBARINO; and the CITY OF SAINT HELENA, a Municipal Corporation,<br><br>Defendants. | Case No.: 3:12-CV-05819-JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |

TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stratman, Patterson & Hunter hereby substitute in place of Salvatore Barbarino, In Pro Per, as counsel for Salvatore Barbarino in the above-entitled matter.

DATED: ~~March 27, 2013~~ MAY 8, 2013

STRATMAN, PATTERSON & HUNTER

BY: _____
EDWARD J. RODZEWICH, ESQ.
Attorney for Defendant,
SALVATORE BARBARINO

I consent to this substitution.

DATED: 3-28-13

_____
SALVATORE BARBARINO, IN PRO PER

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED: Stratman, Patterson & Hunter hereby substitute in place of Salvatore Barbarino, In Pro Per, as counsel of record for Salvatore Barbarino in the above-entitled matter.

DATED: May 14, 2013

_____
THE HONORABLE JEFFREY S. WHITE