**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESVIN CALDERON, ET AL.,

    Plaintiffs,                      No. C 12-05819 JSW

    v.

GRAZIA BARBARINO, ET AL.,         **ORDER TO SHOW CAUSE**

    Defendants.
                                        /

        By order dated May 20, 2013, this Court set the case management conference for May 31, 2013, and required personal appearances by counsel. On Friday, May 31, 2013, this Court held the initial case management conference in this matter. Edward Joseph Rozewich, counsel for Defendant Salvatore Barbarino, did not appear.

        Accordingly, Counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions on him in the amount of $1,000.00. The response to this Order to Show Cause shall be due by June 7, 2013.

        **IT IS SO ORDERED.**

Dated: May 31, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:12-cv-05819-JSW Document70 Filed05/31/13 Page2 of 2