IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESVIN CALDERON, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>GRAZIA BARBARINO, ET AL.,<br><br>    Defendants.<br>_____ / | No. C 12-05819 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND IMPOSING SANCTIONS** |

By order dated May 20, 2013, this Court set the case management conference for May 31, 2013, and required personal appearances by counsel. On Friday, May 31, 2013, this Court held the initial case management conference in this matter. Edward Joseph Rozewich, counsel for Defendant Salvatore Barbarino, did not appear.

Accordingly, on May 31, 2013, counsel was ordered to show cause as to why the Court should not impose monetary sanctions on him in the amount of $1,000.00. The Court received counsel's response on June 5, 2013 and finds the failure to attend the case management conference unjustified. Accordingly, counsel is sanctioned in the amount of $200 for failure to comply with this Court's orders. Counsel shall pay sanctions to the Clerk of the Court by no later than June 15, 2013.

**IT IS SO ORDERED.**

Dated: June 6, 2013

                                    JEFFREY S. WHITE<br>
                                    UNITED STATES DISTRICT JUDGE