Thomas B. Brown (SBN 104254)
E-mail: tbrown@bwslaw.com
ST. HELENA CITY ATTORNEY
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Ronald F. Frank, (SBN 109076)
E-mail: rfrank@bwslaw.com
Nicholas J. Muscolino, (SBN 273900)
E-mail: nmuscolino@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
CITY OF ST. HELENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESVIN CALDERON, et al._____Plaintiffs,_____v._____GRAZIA BARBARINO, et al.,_____Defendants. | Case No. 3:12-cv-05819-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING CITY OF ST. HELENA'S MOTION TO AMEND PRETRIAL SCHEDULING ORDER |

Having considered Defendant City of St. Helena's ("City") motion to amend the Pretrial Scheduling Order, good cause appearing therefore, and no objection having been received, the City's motion is GRANTED.

The Pretrial Scheduling Order (Dkt. 72) is amended as follows:

Pretrial Conference:  Monday, ~~September 22, 2014~~ January 5, 2015 at 2:00 p.m.

Last Day to Hear Dispositive Motions:  Friday, September 12, 2014 at 9:00 a.m.

Last Day for Expert Discovery:  July 11, 2014

Last Day for Expert Disclosure:  May 13, 2014

~~This Order does not affect~~ the following dates, ~~which~~ were set by the Court's Pretrial Scheduling Order (Dkt. 72) or the Order Extending the Last Day for Non-Expert Discovery (Dkt. 88):

Jury Trial Date:  ~~October 6, 2014~~ January 26, 2015, at 8:00 a.m., 7 days

Jury Selection:  ~~October 1, 2014~~ January 21, 2015, 8:00 a.m.

Close of Non-expert Discovery:  April 3, 2014

Further Case Management Conference:  May 16, 2014, ~~1:30 p.m.~~ 11:00 a.m.

Supplemental Joint Case Management Statement due:  May 9, 2014.

IT IS SO ORDERED

Dated: February 25, 2014        By: /s/ Jeffrey S. White
                                HON. JEFFREY S. WHITE
                                United States District Court Judge