# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESVIN CALDERON; et al., | Case No. 3:12-cv-05819-VC |
| Plaintiffs, | [PROPOSED] ORDER DISMISSING DEFENDANTS GRAZIA BARBARINO AND RENEE P. PALADINI |
| vs. | |
| GRAZIA BARBARINO: CORRADO BARBARINO: SALVATORE BARBARINO; et al., | |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing therefor, Defendants Grazia Barbarino and Renee P. Paladini are hereby dismissed, pursuant to the terms of the Settlement Agreement executed by the parties.

IT IS SO ORDERED.

Dated: ~~June~~ July 8, 2014.

_____
Hon. Vince Chhabria
U.S. DISTRICT COURT JUDGE