**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESVIN CALDERON; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GRAZIA BARBARINO: CORRADO BARBARINO: SALVATORE BARBARINO; RENEE P. PALADINI, and the CITY OF SAINT HELENA, a California Municipal Corporation, <br><br> Defendants. | Case No. 3:12-cv-05819-VC <br><br> [~~PROPOSED~~] JUDGMENT FOR PLAINTIFFS AGAINST DEFENDANTS CORRADO BARBARINO AND SALVATORE BARBARINO ONLY |

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. That plaintiffs Esvin Calderon, Irma Calderon, JC, a minor through guardian ad litem Esvin Calderon, EC, a minor through guardian ad litem Esvin Calderon, LC, a minor through guardian ad litem Esvin Calderon, Lidia Valenciano, Antonio Gutierrez, Sali Alvarez, Martha K. Lopez, originally named in the complaint as minor "ML", Maria de Jesus Cirigo, Bernardo Garcia and Greater Napa Valley Fair Housing Center, dba Fair Housing Napa Valley shall have judgment in their favor against Defendants Corrado Barbarino and Salvatore Barbarino in the amount of fifty thousand dollars ($50,000.00);

2. That Defendants Corrado Barbarino and Salvatore Barbarino are joint and severally liable for this judgment;

3. That Plaintiffs shall delay collection efforts and forego interest accrual on this judgment until after the sale of the real property located at 1103 Pope Street in St. Helena, California; specifically, plaintiffs shall not seek to enforce this judgment until 30 days after the close of escrow on the real property located at 1103 Pope Street, or November 5, 2014, whichever date is earlier;

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEFENDANTS CORRADO BARBARINO AND SALVATORE BARBARINO ONLY - CASE NO. 12 CV-05819 VC

1

4. That this debt is deemed non-dischargable in the event that defendant Corrado Barbarino or Salvatore Barbarino file for bankruptcy protection and that any effort to hide, shield, or transfer assets in an attempt to avoid payment of this judgment may be deemed fraudulent or have other adverse legal consequences; and,

5. That plaintiffs shall file a notice of satisfaction of judgment within 10 days of the date that plaintiffs' counsel receives the balance owed under the terms of this judgment.

IT IS SO ORDERED.

Dated: ~~June~~ July 8 , 2014.

_____
Hon. Vince Chhabria
U.S. DISTRICT COURT JUDGE

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEFENDANTS CORRADO BARBARINO AND SALVATORE BARBARINO ONLY - CASE NO. 12 CV-05819 VC