UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESVIN CALDERON; et al., | Case No. 3:12-cv-05819-VC |
| Plaintiffs, | [PROPOSED] ORDER VACATING CASE MANAGEMENT DEADLINES AND REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE |
| vs. | AS MODIFIED |
| GRAZIA BARBARINO: CORRADO BARBARINO: SALVATORE BARBARINO; RENEE P. PALADINI, and the CITY OF SAINT HELENA, a California Municipal Corporation, | |
| Defendants. | |

Based on the application and stipulation of the parties, and good cause appearing therefor, the Court hereby grants the parties' request to vacate all upcoming case management deadlines and the trial date. The Court orders the parties to file either settlement and dismissal documents, or an updated Case Management Statement, by November 21, 2014.

The Court also hereby refers the parties to attend a settlement conference with Magistrate Judge __James__. That settlement conference shall take place no later than October 17, 2014, or as soon as soon thereafter as Magistrate Judge __James__'s schedule permits.

IT IS SO ORDERED.

Dated: July 30, 2014

Judge
U.S.

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

[PROPOSED] ORDER VACATING CASE MANAGEMENT DEADLINES AND REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE - CASE NO. 12 CV-05819 VC

1