UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESVIN CALDERON, et al.,<br><br>     Plaintiff,<br><br>v.<br><br>CORRADO BARBARINO, et al.,<br><br>     Defendant. | Case No.   12-cv-05819-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by Magistrate Judge James that the parties have agreed to settle this case. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
VINCE CHHABRIA
United States District Judge