UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESVIN CALDERON, et al.,

         Plaintiffs,

  v.

CORRADO BARBARINO, et al.,

         Defendants.

Case No. 12-cv-05819-VC

**ORDER**

The Court understands that the settlement requires approval from the St. Helena City Council. As noted in the Court's previous order, if the settlement is not consummated within sixty days—because the City Council does not approve it or for any other reason—either party may request that the case be reopened. In addition, if the City Council has not acted on the settlement within sixty days, the parties may request an extension of this deadline.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge