UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESVIN CALDERON, et al.,

    Plaintiffs,

    v.

CORRADO BARBARINO, et al.,

    Defendants.

Case No. 12-cv-05819-VC

**ORDER DENYING PLAINTIFFS' MOTION TO REOPEN**

Re: Dkt. No. 124

On October 28, 2014, the parties filed a joint stipulation to continue the hearing on the plaintiffs' Motion to Reopen. In that stipulation, the parties informed the Court that the grounds for plaintiffs' motion to reopen no longer exist. Accordingly, the stipulated request to continue the hearing is denied and the motion to reopen the case is denied as moot. Should it become necessary, the parties may seek an extension of time for filing any new motion to reopen. *See* Docket No. 120.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
VINCE CHHABRIA
United States District Judge